**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
ehorne@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL SHAH and JAYDEN KIM, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FANDOM, INC.,

Defendant.

Case No. 3:24-cv-01062-RFL

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs Vishal Shah and Jayden Kim ("Plaintiffs") respectfully submit this Notice of Supplemental Authority regarding the pending Motion to Dismiss. *See* ECF Nos. 20, 21, 22. Plaintiffs bring to the Court's attention to a recent decision denying a motion to dismiss in *Dino Moody v. C2 Educational Systems Inc. et al.*, 2024 WL 3561367 (C.D. Cal. July 25, 2024). Specifically, this decision is relevant to the parties' respective arguments concerning the correct interpretation of the California Invasion of Privacy Act, Cal. Penal Code § 638.51(a).

Dated: July 31, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: /s/ *L. Timothy Fisher*
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
ehorne@bursor.com

*Attorneys for Plaintiffs*