**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
   ehorne@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VISHAL SHAH and JAYDEN KIM, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br> v.<br><br>FANDOM, INC.,<br><br>        Defendant. | Case No. 3:24-cv-01062-RFL<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge: Hon. Rita F. Lin |

Plaintiffs Vishal Shah and Jayden Kim ("Plaintiffs") submit this Response to the Court's September 5, 2024 Order directing Plaintiffs to "show cause why the case should not be dismissed for lack of subject matter jurisdiction." OSC Order ("OSC") (ECF No. 26).

On January 8, 2024, this action was initially filed in San Francisco County Superior Court, and on February 21, 2024, Defendant Fandom, Inc. ("Fandom" or "Defendant") removed this action to the Northern District of California. Notice of Removal ("NOR") (ECF No. 1). In its notice of removal, Defendant represented that this Court has subject matter jurisdiction under the Class Action Fairness Act of 2005 ("CAFA"). NOR ¶¶ 9-13.

However, if the Court is inclined to find there is no jurisdiction under CAFA, Plaintiffs do not oppose. Plaintiffs agree with the Court's analysis that the majority of California residents are likely California citizens such that the local controversy exception applies.

Accordingly, absent a showing by Defendant that there is CAFA jurisdiction, Plaintiffs respectfully request that this action be remanded back to San Francisco County Superior Court.

Dated: September 11, 2024             Respectfully submitted,

               **BURSOR & FISHER, P.A**.

               By:  /s/ *L. Timothy Fisher*
                   L. Timothy Fisher

               L. Timothy Fisher (State Bar No. 191626)
               Emily A. Horne (State Bar No. 347723)
               1990 North California Blvd., 9th Floor
               Walnut Creek, CA 94596
               Telephone: (925) 300-4455
               Facsimile: (925) 407-2700
               E-mail: ltfisher@bursor.com
                    ehorne@bursor.com

               *Attorneys for Plaintiffs*