RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
DEBORAH HEDLEY (CSB No. 276826)
deborah@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Fandom, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VISHAL SHAH and JAYDEN KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANDOM, INC.,<br><br>Defendant. | Case No: 3:24-cv-01062-RFL<br><br>**DEFENDANT FANDOM, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Defendant Fandom, Inc. ("Fandom" or "Defendant") by and through its undersigned counsel, hereby submits this Answer and Affirmative Defenses to Plaintiffs' First Amended Class Action Complaint (Dkt. 15) as follows:

**GENERAL DENIAL**

Except as otherwise expressly stated herein, Fandom generally denies each and every allegation in the First Amended Complaint, including without limitation any allegations contained in the introduction, headings, and unnumbered Paragraphs. Fandom also specifically denies that it used or installed a pen register or caused any harm whatsoever to Plaintiffs. Fandom's response to the allegations of the First Amended Complaint are organized to correspond to Plaintiffs' headings as used in its First Amended Complaint, and Fandom uses these same headings solely for the convenience of the parties and the Court, and not because it agrees with or admits the validity or propriety of any of the headings. Fandom reserves the right to seek to amend or supplement its Answer as may be necessary or appropriate.

**NATURE OF THE ACTION**

1. Fandom admits that it owns and operates Gamespot.com as alleged in Paragraph 1.

2. Fandom denies the allegations of Paragraph 2.

3. Paragraph 3 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 3.

4. Paragraph 4 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 4.

5. Paragraph 5 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 5.

**PARTIES**

6. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 6 of the First Amended Complaint, and on that basis, denies them.

7. Fandom lacks knowledge or information to form a belief as to the truth or falsity

of the allegations set forth in Paragraph 7 of the First Amended Complaint, and on that basis, denies them.

8. Fandom admits that it is a Delaware corporation with an office in California. Fandom denies all remaining allegations in Paragraph 8 of the First Amended Complaint.

## JURISDICTION AND VENUE

9. Paragraph 9 states legal conclusions to which no response is required.

10. Paragraph 10 states legal conclusions to which no response is required.

11. Paragraph 11 states legal conclusions to which no response is required.

## FACTUAL ALLEGATIONS

### I. THE CALIFORNIA INVASION OF PRIVACY ACT

12. Paragraph 12 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 12 of the First Amended Complaint.

13. Paragraph 13 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 13 of the First Amended Complaint.

14. Paragraph 14 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 14 of the First Amended Complaint.

15. Paragraph 15 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 15 of the First Amended Complaint.

16. Paragraph 16 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal

Code speak for themselves and denies any inconsistent characterization in paragraph 16 of the First Amended Complaint.

17. Paragraph 17 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 17 of the First Amended Complaint.

18. Paragraph 18 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 18 of the First Amended Complaint.

19. Paragraph 19 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 19 of the First Amended Complaint.

20. Paragraph 20 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 20 of the First Amended Complaint.

## II. DEFENDANT VIOLATES THE CALIFORNIA INVASION OF PRIVACY ACT

### A. The Trackers Are Allegedly "Pen Registers"

21. Fandom admits that when an internet browser sends an "HTTP request" or "GET" request to Fandom's server to ask its website to load, in return, Fandom's server generally sends an "HTTP response" back. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 21 of the First Amended Complaint, and on that basis, denies them.

22. Fandom admits that its server's instructions to an internet browser include instructions on how to properly display Gamespot.com. Fandom denies the remaining allegations of Paragraph 22.

23. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 23 of the First Amended Complaint, and on that basis, denies them.

24. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 24 of the First Amended Complaint, and on that basis, denies them.

25. Fandom admits that an IP address enables a device to exchange information with another device. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 25 of the First Amended Complaint, and on that basis, denies them.

26. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 26 of the First Amended Complaint, and on that basis, denies them.

27. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 27 of the First Amended Complaint, and on that basis, denies them.

28. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 28 of the First Amended Complaint, and on that basis, denies them.

29. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 29 of the First Amended Complaint, and on that basis, denies them.

30. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 30 of the First Amended Complaint, and on that basis, denies them.

31. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 31 of the First Amended Complaint, and on that basis, denies them.

32. Fandom denies the allegations of Paragraph 32 of the First Amended Complaint.

*1. GumGum Tracker*

33. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 33 of the First Amended Complaint, and on that basis, denies them.

34. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 34 of the First Amended Complaint, and on that basis, denies them.

35. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 35 of the First Amended Complaint, and on that basis, denies them.

36. Fandom admits that when someone visits Gamespot.com using an internet browser, the browser sends an HTTP request to Defendant's server, and Defendant's server sends an HTTP response. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 36 of the First Amended Complaint, and on that basis, denies them.

37. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 37 of the First Amended Complaint, and on that basis, denies them.

38. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 38 of the First Amended Complaint, and on that basis, denies them.

39. Paragraph 39 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 39.

40. Paragraph 40 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 40.

41. Paragraph 41 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 41.

*2. Audiencerate Tracker*

42. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 42 of the First Amended Complaint, and on that basis, denies them.

43. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 43 of the First Amended Complaint, and on that basis, denies them.

44. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 44 of the First Amended Complaint, and on that basis, denies them.

45. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 45 of the First Amended Complaint, and on that basis, denies them.

46. Fandom admits that when someone visits Gamespot.com using an internet browser, that browser sends an HTTP request to Defendant's server, and Defendant's server sends an HTTP response. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 46 of the First Amended Complaint, and on that basis, denies them.

47. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 47 of the First Amended Complaint, and on that basis, denies them.

48. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 48 of the First Amended Complaint, and on that basis, denies them.

49. Paragraph 49 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 49.

50. Paragraph 50 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 50.

51. Paragraph 51 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 51.

*3. TripleLift Tracker*

52. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 52 of the First Amended Complaint, and on that basis, denies them.

53. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 53 of the First Amended Complaint, and on that basis, denies them.

54. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 54 of the First Amended Complaint, and on that basis, denies them.

55. Fandom admits that when someone visits Gamespot.com using an internet browser, that browser sends an HTTP request to Defendant's server, and Defendant's server sends an HTTP response. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 55 of the First Amended Complaint, and on that basis, denies them.

56. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 56 of the First Amended Complaint, and on that basis, denies them.

57. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 57 of the First Amended Complaint, and on that basis, denies them.

58. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 58 of the First Amended Complaint, and on that basis, denies them.

59. Paragraph 59 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 59.

60. Paragraph 60 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 60.

61. Paragraph 61 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 61.

**B. Defendant Allegedly Installed and Used the Trackers on Plaintiffs' and Users' Browsers Without Prior Consent or A Court Order**

62. Fandom denies the allegations of Paragraph 62.

63. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 63 of the First Amended Complaint, and on that basis, denies them.

64. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 64 of the First Amended Complaint, and on that basis, denies them.

65. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 65 of the First Amended Complaint, and on that basis, denies them.

66. Fandom denies that it has "long incorporated" third-party code from GumGum, Audiencerate, TripleLift on its website. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in Paragraph 66 of the First Amended Complaint, and on that basis, denies them.

67. Fandom denies the allegations of Paragraph 67.

68. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 68 of the First Amended Complaint, and on that basis, denies them.

69. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 69 of the First Amended Complaint, and on that basis, denies them.

70. Paragraph 70 of the First Amended Complaint states legal conclusions to which

no response is required. To the extent a response is required, Fandom admits that it has not obtained a court order to install an alleged pen register, because Fandom denies all allegations that it has ever used or installed a pen register.

**C. Defendant's Conduct Allegedly Constitutes an Invasion of Plaintiffs' And Class Members' Privacy**

71. Paragraph 71 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 71.

72. Fandom denies the allegations of Paragraph 72 of the First Amended Complaint.

i. Defendant Allegedly Uses the GumGum Tracker for the Purposes of Marketing, Advertising, and Analytics

73. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 73 of the First Amended Complaint, and on that basis, denies them.

74. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 74 of the First Amended Complaint, and on that basis, denies them.

75. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 75 of the First Amended Complaint, and on that basis, denies them.

76. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 76 of the First Amended Complaint, and on that basis, denies them.

77. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 77 of the First Amended Complaint, and on that basis, denies them.

78. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 78 of the First Amended Complaint, and on that basis, denies them.

ii. Defendant Allegedly Uses the Audiencerate Tracker for the Purposes of Marketing, Advertising, and Analytics

79. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 79 of the First Amended Complaint, and on that basis, denies them.

80. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 80 of the First Amended Complaint, and on that basis, denies them.

81. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 81 of the First Amended Complaint, and on that basis, denies them.

82. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 82 of the First Amended Complaint, and on that basis, denies them.

83. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 83 of the First Amended Complaint, and on that basis, denies them.

iii. Defendant Allegedly Uses the TripleLift Tracker for the Purposes Of Marketing, Advertising, and Analytics

84. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 84 of the First Amended Complaint, and on that basis, denies them.

85. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 85 of the First Amended Complaint, and on that basis, denies them.

86. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 86 of the First Amended Complaint, and on that basis, denies them.

87. Fandom lacks knowledge or information to form a belief as to the truth or falsity

of the allegations set forth in Paragraph 87 of the First Amended Complaint, and on that basis, denies them.

88. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 88 of the First Amended Complaint, and on that basis, denies them.

## III. PLAINTIFFS' EXPERIENCE

1. *Plaintiff Shah*

89. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 89 of the First Amended Complaint, and on that basis, denies them.

90. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 90 of the First Amended Complaint, and on that basis, denies them.

91. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 91 of the First Amended Complaint, and on that basis, denies them.

92. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 92 of the First Amended Complaint, and on that basis, denies them.

93. Paragraph 93 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 93.

94. Paragraph 94 states legal conclusions to which no response is required. To the extent a response is required, Fandom admits that it has not obtained a court order to install an alleged pen register, because Fandom denies all allegations that it has ever used or installed a pen register and also denies the remaining allegations of Paragraph 94.

95. Paragraph 95 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 95.

*2. Plaintiff Kim*

96. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 96 of the First Amended Complaint, and on that basis, denies them.

97. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 97 of the First Amended Complaint, and on that basis, denies them.

98. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 98 of the First Amended Complaint, and on that basis, denies them.

99. Paragraph 99 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 99.

100. Paragraph 100 states legal conclusions to which no response is required. To the extent a response is required, Fandom admits that it has not obtained a court order to install an alleged pen register, because Fandom denies all allegations that it has ever used or installed a pen register, and all remaining allegations of Paragraph 100.

101. Paragraph 101 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 101.

*3. Class Members*

102. Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 102 of the First Amended Complaint, and on that basis, denies them.

103. Paragraph 103 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 103.

104. Paragraph 104 states legal conclusions to which no response is required. To the extent a response is required, Fandom admits that it has not obtained a court order to install an alleged pen register, because Fandom denies all allegations that it has ever used or installed a pen register and also denies the remaining allegations of Paragraph 104.

105. Paragraph 105 states legal conclusions to which no response is required. To the

extent a response is required, Fandom denies the allegations of Paragraph 105.

## CLASS ALLEGATIONS

106. Fandom admits that Plaintiff purports to bring this action as a class action on behalf of the "Class" as defined in paragraph 106 of the First Amended Complaint.

107. Paragraph 107 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 107 and denies that this action is properly maintainable as a class action.

108. Paragraph 108 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 108 and denies that this action is properly maintainable as a class action.

109. Paragraph 109 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 109 and denies that this action is properly maintainable as a class action.

110. Paragraph 110 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 110 and denies that this action is properly maintainable as a class action.

111. Paragraph 111 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 111 and denies that this action is properly maintainable as a class action.

112. Paragraph 112 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 112 and denies that this action is properly maintainable as a class action.

## CAUSE OF ACTION COUNT I

### Alleged Violation of the California Invasion of Privacy Act, Cal. Penal Code § 638.51(a)

113. Fandom repeats and re-alleges its responses to Paragraphs 1-112 of the First Amended Complaint as if fully set forth herein.

114. Fandom admits that Plaintiffs purport to bring this action as a class action on behalf

of the "Class" as defined in paragraph 106 of the First Amended Complaint.

115. Paragraph 115 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 115 of the First Amended Complaint.

116. Paragraph 116 states legal conclusions to which no response is required. To the extent a response is required, Fandom states that the applicable provisions of the California Penal Code speak for themselves and denies any inconsistent characterization in paragraph 116 of the First Amended Complaint.

117. Paragraph 117 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 117.

118. Paragraph 118 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 118.

119. Paragraph 119 states legal conclusions to which no response is required. To the extent a response is required, Fandom lacks knowledge or information to form a belief as to the truth or falsity of the allegations set forth in Paragraph 119 of the First Amended Complaint, and on that basis, denies them.

120. Paragraph 120 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 120.

121. Paragraph 121 states legal conclusions to which no response is required. To the extent a response is required, Fandom admits that it has not obtained a court order to install an alleged pen register, because Fandom denies all allegations that it has ever used or installed a pen register and also denies the remaining allegations of Paragraph 121.

122. Paragraph 122 states legal conclusions to which no response is required. To the extent a response is required, Fandom denies the allegations of Paragraph 122.

## PRAYER

Fandom denies that Plaintiffs are entitled to any relief requested or to any relief whatsoever.

**JURY TRIAL DEMANDED**

Fandom admits that the First Amended Complaint requests a jury trial.

**AFFIRMATIVE AND OTHER DEFENSES**

Fandom identifies the following affirmative defenses and reserves the right to raise additional defenses as discovery proceeds. Fandom does not assume the burden of proof on any issue, however characterized, on which it does not bear that burden.

**FIRST AFFIRMATIVE DEFENSE**

The First Amended Complaint has failed to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class members' purported claims are barred because Plaintiffs and the putative class lack standing under Article III of the U.S. Constitution because they have not alleged or sustained an injury.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs and the putative class members also lack statutory standing to assert the claims alleged in the First Amended Complaint because they have not alleged or sustained an injury.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class members' purported claims are barred to the extent that the statutes relied upon are preempted or otherwise invalid, void, unenforceable, and/or inapplicable to the alleged conduct.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs and the putative class members are not entitled to any relief because Fandom's conduct did not proximately cause any damages, injury, or loss to Plaintiffs or any putative class member.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class members' purported claims are barred because of their consent to the conduct alleged in the First Amended Complaint.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class members' purported claims are barred because Cal. Penal Code § 638.51 does not enumerate a private right of action.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs' and their counsel are not adequate representatives of those they purport to represent.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class member's purported claims are barred by provisions contained in the parties' agreement, including, but not limited to, gamespot.com's Terms of Service, Privacy Policy and/or Cookie Policy to which Plaintiffs and the putative class members agreed.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class member's purported claims in the First Amended Complaint are barred, in whole or in part, by the applicable statute(s) of limitations.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class member's purported claims against Fandom are barred, in whole or in part, because Plaintiffs have failed to, and cannot, satisfy the requirements for maintenance of a class action, including, but not limited to, the required elements of ascertainability, commonality, typicality, adequacy, predominance, and superiority.

**TWELFTH AFFIRMATIVE DEFENSE**

The Plaintiffs' and the putative class members' purported claims are barred because they have not suffered any cognizable injury where they voluntarily provided their IP addresses to Fandom, and did not have any reasonable expectation of privacy in such information they made public.

**THIRTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class member's purported claims against Fandom are barred, by the doctrines of impossibility/impracticability, because if Cal. Penal Code § 638.50 *et seq.* applies solely to the collection of a visitor's IP address, then websites could not function as an IP address is necessary to direct web traffic, including loading a website.

**FOURTEENTH AFFIRMATIVE DEFENSE**

The named Plaintiffs lack standing to represent unnamed class members.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims and those of the putative class are barred, in whole or in part, because Cal. Penal Code § 638.50 *et seq.* violates the First Amendment of the Constitution, both facially and as applied, including because Cal. Penal Code § 638.50 *et seq.* is a facially invalid, overbroad content- and speaker-based restriction on speech that would punish a speaker for disclosing, with permission, factual information without causing any harm.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs and the putative class are not entitled to any recovery from Fandom because any alleged injury was caused in whole or in part by acts or omissions of persons or entities other than Fandom.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class member's claims are barred, in whole or in part, by the independent, intervening, illegal conduct, and/or superseding acts of Plaintiffs, third-parties or other parties or persons including, but not limited to, Plaintiffs, without Fandom's participation, control, involvement, or knowledge.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Any damages or other recovery to which Plaintiffs or the putative class may be entitled were caused by the wrongful acts or omissions of persons or entities other than Fandom. To the extent Fandom is found liable in any amount, Fandom is entitled to complete or partial equitable or contractual indemnity from such other parties.

**NINETEENTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class member's claims are barred in whole or in part because Cal. Penal Code § 638.50 *et seq.* violates Fandom's substantive and procedural due process rights under the United States Constitution. The award of the requested statutory damages would violate Fandom's substantive and procedural due process rights under the United States Constitution and would constitute excessive fines, including under the Eighth and Fourteenth Amendments of the

Constitution, and/or other provisions of the Constitution.

**TWENTIETH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative class member's claims are barred because they have failed to join indispensable parties, the third-party entities who own the alleged "Trackers" named in the First Amended Complaint.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

Fandom states that it currently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative and other defenses. Fandom reserves the right to assert additional affirmative and other defenses in the event that discovery indicates it would be appropriate.

**PRAYER FOR RELIEF**

WHEREFORE, Fandom prays for judgment as follows:

1. That Plaintiffs take nothing by way of the First Amended Complaint on file herein;
2. That all requests for equitable and/or injunctive relief of any kind of denied;
3. That judgment be entered in Fandom's favor and against Plaintiffs on all causes of action;
4. That Fandom be awarded the costs of suit incurred herein; and
5. That Fandom be awarded such other and further relief as this Court may deem appropriate.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Fandom requests a jury trial on all issues so triable.

Respectfully submitted,
TYZ LAW GROUP PC

Dated: November 18, 2024

*/s/Deborah Hedley*
Deborah Hedley

Attorneys for Defendant
FANDOM, INC.

**PROOF OF SERVICE**

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to this action. My business address is 4 Embarcadero Center, 14th Floor, San Francisco, California 94111. On the date set forth below, I caused a copy of the following documents:

**FANDOM, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

to be served on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

| | |
|---|---|
| ☒ | **BY CERTIFIED MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Date: November 18, 2024

*/s/Tiffany Weger*
Tiffany Weger