1  **BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
2  Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
5          ehorne@bursor.com

6  Max S. Robert (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
7  New York, NY 10019
Telephone: (646) 837-7150
8  Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com
9
*Attorneys for Plaintiffs*
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13  VISHAL SHAH and JAYDEN KIM,              Case No. 3:24-cv-01062-RFL
individually and on behalf of all others
14  similarly situated,                      **PLAINTIFFS' NOTICE OF**
                                             **SUPPLEMENTAL AUTHORITY**
15                              Plaintiffs,

16      v.

17  FANDOM, INC.,

18                              Defendant.

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs Vishal Shah and Jayden Kim ("Plaintiffs") respectfully submit this Notice of Supplemental Authority regarding the pending Motion For Leave To File A Motion For Reconsideration, Or In The Alternative, Certifying Order For Interlocutory Appeal.  *See* ECF Nos. 41, 43, 46.  Plaintiffs bring to the Court's attention to a December 12, 2024 Order by the Honorable Charles R. Breyer of the Northern District of California in *Mirmalek v. Los Angeles Times Communications LLC*, Case No. 3:24-cv-1797, ECF No. 30 (N.D. Cal. Dec. 12, 2024).   The *Mirmalek* Order is attached hereto as **Exhibit 1**.  Specifically, this decision is relevant to the parties' respective arguments concerning whether there is a substantial ground for disagreement on the legal issue of whether third-party online trackers are pen registers.

Dated: December 16, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:    /s/ *L. Timothy Fisher*
          L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Emily A. Horne (State Bar No. 347723)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
           ehorne@bursor.com

Max S. Robert (*pro hac* vice)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiffs*