ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
KRISTIN A. LISKA
Deputy Attorney General
State Bar No. 315994
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3916
  Fax: (415) 703-5480
  E-mail: Kristin.Liska@doj.ca.gov
*Attorneys for Attorney General Rob Bonta, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **VISHAL SHAH and JAYDEN KIM, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**FANDOM, INC.,**<br><br>Defendant. | Case No. 3:24-cv-01062-RFL<br><br>**ATTORNEY GENERAL ROB BONTA'S MOTION TO EXTEND THE TIME TO INTERVENE UNDER RULE 5.1**<br><br>Dept: 15<br>Judge: The Honorable Rita F. Lin<br>Trial Date: Not scheduled<br>Action Filed: 2/21/2024 |

1  Pursuant to Federal Rules of Civil Procedure 5.1(c) and 6(b)(1)(A), Attorney General Rob
2  Bonta, in his official capacity, moves to extend the time to intervene in this action pursuant to
3  Rule 5.1(c) from January 17, 2025 to April 17, 2025, 30 days after the parties' forthcoming joint
4  status report regarding their mediation efforts is due. Both plaintiffs and defendant have
5  consented to this motion.

**BACKGROUND**

7  This suit arises under the California Invasion of Privacy Act ("CIPA"). Plaintiffs allege
8  that defendant Fandom, Inc., installed trap and trace devices or pen registers on their computer
9  browsers in violation of California Penal Code section 638.51. On November 18, 2024, pursuant
10 to Federal Rule of Civil Procedure 5.1(a), defendant Fandom, Inc. filed a notice with this Court
11 stating that this action draws into question the constitutionality of a state statute and served that
12 notice on the California Attorney General's Office. *See* ECF. No. 41. Specifically, Fandom
13 contends that Penal Code sections 638.50 and 638.51 are invalid under the First Amendment. *See*
14 Answer, Fifteenth Affirmative Defense [ECF No. 40]; Joint Case Management Statement at 3
15 [ECF No. 49].

**LEGAL STANDARD**

17 Under Rule 5.1(a), a "party that files a pleading, written motion, or other paper drawing
18 into question the constitutionality of a . . . state statute must promptly (1) file a notice of
19 constitutional question stating the question and identifying the paper that raises it if . . . a state
20 statute is questioned and the parties do not include the state, one of its agencies, or one of its
21 officers or employees in an official capacity; and (2) serve the notice and paper . . . on the state
22 attorney general." The state attorney general has 60 days following the notice's filing to
23 intervene in the matter "[u]nless the court sets another time." Fed. R. Civ. P. 5.1(c). The
24 advisory notes make clear that under Rule 5.1(c), the court may extend the time to intervene on its
25 own or upon motion from the state attorney general.
26 Additionally, under Rule 6(b)(1)(A), a court may, for good cause, extend the time for an act
27 to be done upon motion before the original time to do that act expires. "[R]equests for extension
28 for time made before the applicable deadline has passed should 'normally . . . be granted in the

1  absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'"

2  *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (citation omitted).

## ARGUMENT

Under Rule 5.1(c), the Attorney General has 60 days following the filing of the notice of constitutional question to intervene in this matter. Since the notice of constitutional question here was filed on November 18, 2025, the Attorney General currently has until January 17, 2025 to intervene. However, on January 7, 2025, the parties to this suit agreed to undergo mediation in an attempt to resolve this matter. *See* ECF No. 49. On January 10, this Court postponed further deadlines, and directed the parties to file a joint status report regarding mediation on March 18, 2025. *See* ECF No. 50.

In light of the parties' attempt to mediate this case, good cause exists to extend the period of time for the Attorney General to intervene in this matter. Should the parties be able to successfully resolve this suit in mediation, this Court will not need to opine on the constitutionality of the challenged state statutes, nor will there be any need for the Attorney General to consider intervention in this matter to defend those statutes. Thus, extending the deadline to intervene until the outcome of mediation is known will further the efficient resolution of this case. *See Mockeridge v. Alcona Cnty. by Bd. Of Commissioners*, 670 F. Supp. 3d 434, 436-437 (E.D. Mich. 2023) (extending time for Michigan to intervene under Rule 5.1 when pending motions would resolve the case without requiring resolution of a constitutional challenge to a state statute). Nor will either party suffer prejudice from this extension of time given that this case has not yet moved beyond the initial stages into discovery or merits proceedings at this time.

///

///

///

**CONCLUSION**

For the foregoing reasons, the Attorney General moves to extend the time for him to intervene in this matter under Rule 5.1 until 30 days after the parties file their joint status report due March 18, 2025, through April 17, 2025.

Dated:  January 14, 2025                    Respectfully submitted,

                                            ROB BONTA
                                            Attorney General of California
                                            ANYA M. BINSACCA
                                            Supervising Deputy Attorney General


                                            */s/ Kristin Liska*

                                            KRISTIN A. LISKA
                                            Deputy Attorney General
                                            *Attorneys for Attorney General Rob Bonta, in his official capacity*

## CERTIFICATE OF SERVICE

Case Name:  ***Shah, Vishal, et al. v. Fandom, Inc.***

Case No.:  **3:24-cv-01062-RFL**

I hereby certify that on <u>January 14, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **ATTORNEY GENERAL ROB BONTA'S MOTION TO EXTEND THE TIME TO INTERVENE UNDER RULE 5.1**

2. **DECLARATION OF KRISTIN A. LISKA IN SUPPORT OF ATTORNEY GENERAL'S MOTION TO EXTEND**

3. **[PROPOSED] ORDER GRANTING ATTORNEY GENERAL ROB BONTA'S MOTION TO EXTEND THE TIME TO INTERVENE UNDER RULE 5.1**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>January 14, 2025</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|---|---|
| Declarant | Signature |