1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Emily A. Horne (State Bar No. 347723)
   1990 North California Blvd., 9th Floor
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: (925) 407-2700
   E-mail: ltfisher@bursor.com
5          ehorne@bursor.com

6  **BURSOR & FISHER, P.A.**
   Max S. Roberts (*Pro Hac Vice*)
7  1330 Avenue of the Americas, 32nd Floor
   New York, NY 10019
8  Telephone: (646) 837-7150
   Facsimile:  (212) 989-9163
9  E-mail: mroberts@bursor.com

10 *Attorneys for Plaintiffs*

**TYZ LAW GROUP PC**
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
DEBORAH HEDLEY (CSB No. 276826)
deborah@tyzlaw.com
STEPHANIE SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

*Attorneys for Defendant Fandom, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH and JAYDEN KIM, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>FANDOM, INC.,<br><br>                Defendant. | Case No. 3:24-cv-01062-RFL<br><br>**[PROPOSED] ORDER TO STAY CASE DEADLINES PENDING MEDIATION**<br><br>Judge:  Hon. Rita F. Lin |

**[PROPOSED] ORDER**

The Court, having considered the Parties' Updated Case Management Statement, and good cause appearing, hereby sets the following deadlines:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Deadline for Plaintiffs to Provide Defendant with the proposed SAC | May 28, 2025 |
| Deadline to File SAC (With Consent) or Motion to Amend the Complaint | June 4, 2025 |
| Updated Case Management Statement | June 18, 2025 |
| Opposition to Motion to Amend (If No Consent) | July 2, 2025 |
| Reply In Support of Motion to Amend (If No Consent) | July 16, 2025 |

Defendant shall answer or otherwise respond to the proposed SAC by no later than 30 days after the filing of the SAC (if done with consent) or the Court's order on the motion to amend the complaint (if there is no consent to the filing).

**IT IS SO ORDERED.**

DATED: _____

                                                    HON. RITA F. LIN
                                                    UNITED STATES DISTRICT JUDGE