| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com<br>        ehorne@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Max S. Roberts (*Pro Hac Vice*)<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-mail: mroberts@bursor.com<br><br>*Attorneys for Plaintiffs* | **TYZ LAW GROUP PC**<br>RYAN TYZ (CSB No. 234895)<br>ryan@tyzlaw.com<br>ERIN JONES (CSB No. 252947)<br>ejones@tyzlaw.com<br>STEPHANIE SALGADO (CSB No. 334886)<br>stephanie@tyzlaw.com<br>4 Embarcadero Center, 14th Floor<br>San Francisco, CA 94111<br>Telephone: 415.868.6900<br><br>*Attorneys for Defendant Fandom, Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISHAL SHAH and JAYDEN KIM, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>FANDOM, INC.,<br><br>                    Defendant. | Case No. 3:24-cv-01062-RFL<br><br>**JOINT STATUS REPORT**<br><br>Hon. Rita F. Lin |

JOINT STATUS REPORT
CASE NO. 3:24-cv-01062-RFL

Pursuant to the Court's May 7, 2025 Order (ECF No. 62), the Parties write to provide a Joint Status Report to the Court.

The Parties have agreed to the material terms of a proposed class settlement agreement and are currently working to finalize the full-form settlement agreement. The Parties have also been working closely with several potential claims administrators to ensure proposed Class Members receive the best practicable notice of the settlement.

The Parties will execute the full-form settlement, and Plaintiffs will file the Motion for Preliminary Approval, by no later than **September 16, 2025**.

| | |
|---|---|
| Dated: August 8, 2025 | Respectfully submitted, |
| **BURSOR & FISHER, P.A.** | **TYZ LAW GROUP PC** |
| By: /s/ *L. Timothy Fisher*     L. Timothy Fisher | By: */s/ Ryan Tyz*     Ryan Tyz |
| L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com | RYAN TYZ (CSB No. 234895)<br>ryan@tyzlaw.com<br>ERIN JONES (CSB No. 252947)<br>ejones@tyzlaw.com<br>STEPHANIE ALVAREZ SALGADO (CSB No. 334886)<br>stephanie@tyzlaw.com<br>4 Embarcadero Center, 14th Floor<br>San Francisco, CA 94111<br>Telephone: 415.868.6900 |
| **BURSOR & FISHER, P.A.**<br>Max S. Roberts (*Pro Hac Vice*)<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-mail: mroberts@bursor.com | *Attorneys for Defendant Fandom, Inc.* |
| *Attorneys for Plaintiffs* | |

### SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By: /s/ *L. Timothy Fisher*
    L. Timothy Fisher