| | |
|---|---|
| RYAN TYZ (CSB No. 234895)<br>ryan@tyzlaw.com<br>ERIN JONES (CSB No. 252947)<br>ejones@tyzlaw.com<br>STEPHANIE ALVAREZ SALGADO (CSB No. 334886)<br>stephanie@tyzlaw.com<br>TYZ LAW GROUP PC<br>1 Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: 415.868.6900<br><br>Attorneys for Defendant<br>Fandom, Inc. | BURSOR & FISHER, P.A.<br>L. Timothy Fisher (State Bar No. 191626)<br>1990 North California Blvd., 9th Floor<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-mail: ltfisher@bursor.com<br>ehorne@bursor.com<br><br>BURSOR & FISHER, P.A.<br>Max S. Roberts (*Pro Hac Vice*)<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-mail: mroberts@bursor.com<br><br>Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VISHAL SHAH and JAYDEN KIM, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>FANDOM, INC.,<br><br>   Defendant. | Case No: 3:24-cv-01062-RFL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12, Plaintiffs Vishal Shah and Jayden Kim ("Plaintiffs") and Defendant Fandom, Inc. ("Fandom") by and through their respective counsel hereby respectfully stipulate as follows:

WHEREAS, the Parties have agreed to the material terms of a proposed class settlement agreement and are currently working to finalize the full-form settlement agreement and associated documents;

WHEREAS, the Parties have also been working with potential claims administrators to ensure proposed Class Members receive the best practicable notice of the settlement;

WHEREAS, the Parties previously informed the Court that they believed they would be in a position for Plaintiffs to file a Motion for Preliminary Approval by September 16, 2025;

WHEREAS, the Parties have agreed they need some additional time to finalize the contours of the settlement and associated documents, as well as the selection of a claim administrator;

WHEREAS, the Parties anticipate being in a position for Plaintiffs to file the Motion for Preliminary Approval within 30 days of the deadline they previously anticipated;

WHEREAS, extending the timeframe for Plaintiffs to file a Motion for Preliminary Approval will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, the parties have previously requested and obtained an extension for Defendant to respond to the Complaint (ECF No. 9), an extension for the Parties' briefing schedule for Defendant's Motion to Dismiss (ECF No. 14), and a stay of all deadlines in this matter until April 2, 2025 pending post-mediation negotiations (ECF No. 55);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiffs shall file their Motion for Preliminary Approval on or before October 16, 2025.

Respectfully submitted,
TYZ LAW GROUP PC

Dated: September 12, 2025

/s/Stephanie Alvarez-Salgado
Stephanie Alvarez-Salgado

Attorneys for Defendant
FANDOM, INC.

|   |   |
|---|---|
|   | Respectfully submitted,<br>BURSOR & FISHER, P.A. |
| Dated: September 12, 2025 | */s/Max S. Roberts*<br>Max S. Roberts |
|   | Attorneys for Plaintiffs |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  **September 15, 2025**          _____
                                        Honorable Rita F. Lin
                                        United States District Judge

**SIGNATURE ATTESTATION**

I, Stephanie Alvarez Salgado, attest that concurrence in the filing of this Joint Stipulation and [Proposed] Order has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct. Executed on September 12, 2025.

                                           */s/Stephanie Alvarez-Salgado*
                                           Stephanie Alvarez Salgado