RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
ERIN JONES (CSB No. 252947)
ejones@tyzlaw.com
STEPHANIE ALVAREZ SALGADO (CSB No. 334886)
stephanie@tyzlaw.com
TYZ LAW GROUP PC
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendant
Fandom, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

VISHAL SHAH, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FANDOM, INC.,

Defendant.

Case No: 3:24-cv-1062-RFL

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Date: December 16, 2025
Time: 10:00 a.m.
Ctrm: 15, 18th Floor
Judge: Hon. Rita F. Lin

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

Defendant Fandom Inc. does not oppose Plaintiffs' Motion for Preliminary Approval of Class Action Settlement that was filed on October 16, 2026 (Dkt. 71) and respectfully requests that the Court execute and enter the [Proposed] Order Granting Preliminary Approval of Class Action Settlement.

TYZ LAW GROUP PC

Dated: October 30, 2025

*/s/ Stephanie Alvarez Salgado*

Stephanie Alvarez Salgado

Attorneys for Defendant
FANDOM, INC.