**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
klynn@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL SHAH, and JAYDEN KIM, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

FANDOM, INC.,

Defendant.

Case No. 3:24-cv-01062-RFL

**DECLARATION OF MAX S. ROBERTS REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Date: December 16, 2025
Time: 10:00 a.m.
Ctrm: 15, 18th Floor
Judge: Hon. Rita F. Lin

I, Max S. Roberts, declare as follows:

1. I am an associate at Bursor & Fisher, P.A., admitted to the Bar of the State of California and am admitted to practice in this District. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration regarding Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

3. On October 24, 2025, Epiq, the Settlement Administrator, sent out CAFA notice pursuant to 28 U.S.C. § 1715.

4. On November 18, 2025, the Parties were alerted by one of the attorneys general that there was a typographical error in the Settlement Agreement (ECF No. 71-2). Specifically, the Settlement Agreement (at PDF pages 10:22 and 11:6) lists the Settlement Fund as "one million dollars ($1,200,000.00 USD)." The correct Settlement Fund number is one million, two-hundred thousands dollars ($1,200,000.00 USD)." All other documents—including the proposed Notice form—list the correct amount.

5. The Parties have mutually agreed to fix this scrivener's error, which they have done in the corrected Settlement Agreement submitted herewith (attached hereto as **Exhibit 1**). No other changes to the Settlement Agreement have been made. Should the Court grant preliminary approval, only the corrected Settlement Agreement would be posted on the Settlement Website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 18, 2025 in New York, New York.

Max S. Roberts