**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VISHAL SHAH, and JAYDEN KIM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FANDOM, INC.,<br><br>Defendant. | Case No. 3:24-cv-01062-RFL<br><br>**~~[PROPOSED]~~ ORDER RELEASING BALANCE OF ATTORNEYS' FEES AND NOTICE ADMINISTRATION COSTS**<br><br>Judge: Hon. Rita F. Lin |

On May 19, 2026, the Court entered an Order Granting Final Approval (ECF No. 95), in which the Court held that:

> Ten percent of Class Counsel's awarded attorneys' fees and the entirety of the settlement administration fee except out of pocket expenses of $49,422 shall remain in the Settlement Fund until Class Counsel files a Post-Distribution Accounting, which shall include a description of fraud-prevention measures undertaken in the review of claims, and the Court authorizes the release of such fees from the Settlement Fund following its review of the Post-Distribution Accounting

ECF No. 95 ¶ 19. The Court ordered Class Counsel to file the Post-Distribution Interim Accounting by September 17, 2026, with the distribution of remaining attorneys' fees and administration costs to occur by September 27, 2026. *Id.* ¶ 21.

Class Counsel has now filed the Post-Distribution Interim Accounting. *See* ECF No. 96. Accordingly, the Court hereby ORDERS as follows:

1. By no later than September 27, 2026, the remaining $34,809,00 (10%) of Class Counsel's attorneys' fees shall be released to Class Counsel.

2. By no later than September 27, 2026, the remaining $100,578 in Settlement Administration Costs shall be released to the Settlement Administrator.

**IT IS SO ORDERED.**

Date: September 17, 2026

HON. RITA F. LIN
UNITED STATES DISTRICT JUDGE